UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES LEVINE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALBERTSON'S STORES SUB, LLC, an Idaho limited liability company; ALBERTSONS COMPANIES, INC., an Idaho corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive; ROE LIMITED LIABILITY COMPANIES I through X,<br><br>　　　　　Defendants. | No. 3:25-cv-05750<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Defendant Albertson's Stores Sub, LLC is a wholly owned subsidiary of Albertsons Safeway LLC, which itself is a wholly owned subsidiary of Albertsons Companies, Inc. ("ACI"). ACI is a publicly traded corporation on the New York Stock Exchange under the symbol ACI. ACI does not have a parent company, nor does any publicly owned corporation own more than 10% of ACI's stock.

Albertson's Stores Sub, LLC and ACI are both organized under the laws of Delaware and have their principal place of business in Boise, Idaho.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 1
Case No.: 3:25-cv-05750

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4924-4319-8305, v. 1

DATED this 25th day of August, 2025.

         FORSBERG & UMLAUF, P.S.

         By: _____
           Kimberly A. Reppart, WSBA #30643
           Kevin C. Hormann, WSBA #60763
           Email: kreppart@foum.law
               khormann@foum.law
           *Attorneys for Defendant Albertsons*

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 2
Case No.: 3:25-cv-05750

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4924-4319-8305, v. 1